

United States District Court
Eastern District of California

David MENDOZA HERNANDEZ

Plaintiff(s)

V.

Christopher CHESTNUT et al

Defendant(s)

Case Number: 1:26-cv-03032-MWJS

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

J. Christopher Keen _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

David Mendoza Hernandez, Petitioner

On ____10/16/2002____ (date), I was admitted to practice and presently in good standing in the

____District of Utah____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

Date: ____04/17/2026____    Signature of Applicant: /s/ J. Christopher Keen _____

**Pro Hac Vice Attorney**

Applicant's Name: J. Christopher Keen

Law Firm Name: Keen Law Offices

Address: 39 S 400 W

City: Orem    State: UT    Zip: 84058

Phone Number w/Area Code: (801) 374-5336

City and State of Residence: Orem, UT

Primary E-mail Address: chrisk@keen.law

Secondary E-mail Address: chris@keen.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Arthur Minas

Law Firm Name: Minas Law PC

Address: 3620 Pacific Coast Hwy #100

City: Torrance    State: CA    Zip: 90505

Phone Number w/Area Code: (310) 955-1360    Bar # 290517

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

Dated: April 22, 2026

JUDGE, U.S. DISTRICT COURT